RECEIVED
AUG 2 4 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANCO JOBANY** | : | **DOCKET NO. 6:09-cv-1085** |
| | | Section P |
| **VS.** | : | **JUDGE DOHERTY** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL.** | : | **MAGISTRATE JUDGE HILL** |

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that petitioner's federal *habeas corpus* petition be **DENIED AND DISMISSED WITH PREJUDICE AS MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24 day of August, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE